UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA GAVRILIS<br>**Plaintiff**<br>v.<br><br>BENJAMIN MORRIS<br>**Defendant** | CASE NUMBER<br>3:09CV00715(CFD)<br><br><br><br>April 13, 2010 |

## LOCAL RULE 56(a)1 STATEMENT

1. Plaintiff is a consumer within the meaning of the FDCPA. (Evon/Smith v. Cuda & Associates trial transcript, p. 18, line 12-16)

2. Defendant is a debt collector. (Defendant's responses to Plaintiff's Requests for Admissions, page 1, response #1).

3. Defendant is the managing member of Cuda & Associates. (Cuda & Associates v. Gavrilis trial transcript, p. 35, lines 3-7)

4. The account that Defendant attempted to collect and that gave rise to this action was a consumer debt. (Evon/Smith v. Cuda & Associates trial transcript, p. 18, line 16)

5. On May 2, 2008, Defendant mailed to Plaintiff a letter stating that CUDA "recently purchased" plaintiff's JP Morgan Chase Bank account. (Defendant's responses to requests for admissions, page 1, #2 and attached letter from Defendant to Plaintiff dated May 2, 2008; Cuda & Associates v. Gavrilis trial transcript, p. 36, lines 10-13)

6. CUDA did not purchase plaintiff's account until May 15, 2008. (Cuda & Associates v. Gavrilis trial transcript, p. 32, lines 2-9; Defendant's responses to requests for admissions, page 2, #5 and attached Bill of Sale dated May 15, 2008).

PLAINTIFF, DIANA GAVRILIS

By: _____

Sarah Poriss
Sarah Poriss, Attorney at Law, LLC
2074 Park St. 2nd Fl.
Hartford, CT 06106
Ph. 860-593-1758
Fax 866-424-4880
sarahporiss@prodigy.net
Fed. Bar No. 24372

## CERTIFICATION

I hereby certify that on this 13th day of April, 2010, a copy of the foregoing Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Sarah Poriss



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

SHARON EVON AND PATRICK SMITH,)
                              )
           PLAINTIFFS,        )
                              )   CIVIL ACTION NO.
                              )   3:09-CV-00483 (WWE)
      V.                      )
                              )
                              )
CUDA & ASSOCIATES, LLC,       )
                              )
           DEFENDANT.         )
- - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF BENJAMIN MORRIS

WEDNESDAY, MARCH 3, 2010

FILE NO. 100303AV

REPORTED BY ALIDA VAZQUEZ, C.S.R. 6110

Case 3:09-cv-00715-CFD  Document 19  Filed 04/13/10  Page 4 of 13
Evon & Smith v. Cuda & Associates
3/3/2010                                              Benjamin Morris

Page 18

1   Benjamin Morris, LLC.
2       Q    Do you, as managing member of Cuda, make the
3   decision which accounts to sue on?
4       A    I just told you she does.
5       Q    Great.  Do -- do you ever?
6       A    How would my answer change?
7       Q    So -- so -- I'm sorry.  Your answer was Donna
8   is the only one at Cuda who decides which judgment --
9   which accounts to sue on?
10      A    In general, Donna is the one at Cuda that
11  determines which accounts should go into litigation.
12      Q    Okay.  What kind of accounts does Cuda
13  purchase?
14           MR. RUBIN:  Object to the form.  It's vague.
15           You can answer it if you understand it.
16           THE WITNESS:  It buys consumer debt.
17  BY MS. PORISS:
18      Q    All right.
19           Do you have any reason to believe that
20  Mr. Smith's account was not in default when Cuda
21  purchased it?
22      A    "Was not in default."  Is that a double
23  negative?
24      Q    Yeah.  I know you're a big fan of double
25  negatives, but sorry about that.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

DIANA GAVRILLS

        Plaintiff,

v.

BENJAMIN MORRIS

        Defendant.

Civil Action No.
3:09-CV-00715 (CFD)

Defendant's Responses to Requests for Admissions Dated November 3, 2009

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Pursuant to Federal Rules of Civil Procedure 36, defendant, through his undersigned counsel, hereby responds to Plaintiff's Request for Admissions dated November 3, 2009 as follows:

1. That Benjamin Morris, in his capacity as an attorney for Cuda & Associates, LLC, is a debt collector.
**Response:**
*Defendant admits that he collects debts for Cuda & Associates, LLC as attorney.*

2. That the letter attached hereto as Exhibit A is a true and accurate copy of the letter Morris mailed to Plaintiff in May, 2008.
**Response:**
*Admitted.*

3. That no amount of interest was due on the judgment Cuda & Associates, LLC obtained in the Cuda & Associates, LLC v. Gavrilis Superior Court matter as of March 17, 2009.
**Response:**

*Objection, this request is vague and confusing and defendant is unable to admit or deny in the form stated.*

4. That Morris knew, on March 17, 2009, that Plaintiff was represented by counsel.
**Response:**
*Admitted that Plaintiff maintained a Pro Se Appearance in the underlying Connecticut Superior Court action in addition to an Appearance of Attorney Sarah Porris.*

5. That as of May 2, 2008, Cuda & Associates, LLC did not own the account referenced in the letter attached hereto as Exhibit A.
**Response:**
*Admitted that as of May 2, 2008, CUDA & Associates, LLC had reached an agreement to purchase the account.*

6. That the document attached hereto as Exhibit B is a true and accurate copy of the judgment lien signed by Morris and filed by Cuda with the Town of Rocky Hill.
**Response:**
*Admitted that the judgment lien was signed by Benjamin Morris. Denied that Exhibit B was filed by Cuda*

7. That the letter attached hereto as Exhibit C is a true and accurate copy of the of the (*sic*) letter Morris mailed to Plaintiff on March 17, 2009.
**Response:**
*Admitted.*

Dated at Stamford, Connecticut
this 2nd day of December, 2009.

BY: _____
Andrew J. Soltes, Jr., Esq.
600 Summer Street, Suite 201
Stamford, CT 06901
Telephone: (203) 353-1404
Facsimile: (203) 257-7208
Fed. Bar. No. CT-26963
Attorney for defendant

## CERTIFICATION

The undersigned certifies that the foregoing Responses to Requests for Admission were sent via prepaid first class mail this 2nd day of December, 2009 to the following counsel of record, to wit:

Sarah Porris, Esq.
P.O. Box 370131
West Hartford, CT 06137

_____
Andrew J. Soltes, Jr.

# LAW OFFICE OF BENJAMIN MORRIS

234 CHURCH STREET  
7TH FLOOR  
NEW HAVEN, CT 06510

PHONE  (203) 752-1915  
FAX    (203) 654-7373  
EMAIL  sirrom@snet.net

5/2/2008

DIANA GAVRILIS  
30 NUTMEG LN  
ROCKY HILL, CT 06067-1049

We are demanding payment for the following account:

Re: Original Creditor:   JPMORGAN CHASE BANK  
Amount:                 $10,420.21  
Your Account Number:    5187484930067863  
Our Reference Number:   2238

## NOTICE UNDER THE FAIR DEBT COLLECTION PRACTICE ACT

Dear DIANA GAVRILIS,

CUDA & Associates recently purchased full right and title to the debt, as referenced above, in favor of JPMORGAN CHASE BANK against DIANA GAVRILIS.

Unless you dispute the validity of this indebtedness or any portion thereof within thirty days of your receipt of this notice, this debt will be assumed to be valid. If you notify us, in writing, within thirty days of your receipt of this notice that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt and will mail a copy of said verification to you. In addition, upon your written request within this same thirty day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. This is an attempt to collect a debt. All information obtained will be used for that purpose under the Fair Debt Collection Practices Act.**

If necessary, we will exercise our right under the laws in Connecticut in pursuing payment through the court system. If suit is filed and if judgment is rendered against you, we will collect payment utilizing all methods legally available to us.

Payment should be sent directly to this office at 234 Church Street 7th floor New Haven, CT 06510. Your check should be made payable to CUDA & Associates, LLC. We will take no further steps to collect this claim for a period of thirty days from your receipt of this letter.

If you should have any further questions, or would like to discuss payment arrangements, you can reach us at (203) 752-1915 or contact your own legal counsel.

Sincerely,

Attorney Benjamin Morris





Unifund CCR Partners

BILL OF SALE

Unifund CCR Partners, for value received and in accordance with the terms of the Accounts Receivable Purchase Agreement by and among Unifund CCR Partners and CUDA & Associates ("Purchaser"), dated as of May 15, 2008 (the "Agreement"), does hereby sell, assign, and transfer to Purchaser all of its good and marketable title, free and clean of all liens, claims and encumbrances in and to the Accounts listed in the Account Schedule attached as Appendix A to the Agreement, without recourse and without representation or warranty of collectibility, or otherwise, except to the extent stated in the Agreement.

Executed on May 15, 2008.

UNIFUND CCR PARTNERS

By _____
Joel Rosenthal
Director, Sales and Marketing

| For Unifund Use ONLY | | | 24 | UNIFUND CCR PARTNERS CONFIDENTIAL |
| --- | --- | --- | --- | --- |
| Client # | PID | CID # | | |
|  |  |  | | |
|  |  |  | | |

```
CV 08-5008667-S                 :   SUPERIOR COURT

CUDA & ASSOCIATES, LLC          :   JUDICIAL DISTRICT
                                    OF NEW BRITAIN AT
                                    NEW BRITAIN, CONNECTICUT
v.
                                :   DECEMBER 23, 2008
DIANA GAVRILIS
```

**B E F O R E:**

        THE HONORABLE HENRY S. COHN

**A P P E A R A N C E S:**

Representing the Plaintiff:

BENJAMIN MORRIS, ESQ.,
234 Church Street, 7th Floor
New Haven, Connecticut 06510

Representing the Defendant:

SARAH PORISS, ESQ.,
P.O. Box 370131
West Hartford, Connecticut 06137

        SUSAN M. GIERAS
CERTIFIED SHORTHAND REPORTER

CROSS-EXAMINATION BY MS. PORISS:

Q  Miss Garamella, when did CUDA buy this debt?

A  I don't have the documents in front of me.

THE COURT: Which would you like, 1a, or –

THE WITNESS: The Bill of Sale from Unifund CCR to CUDA.

MS. PORISS: I think 1a will do it.

THE COURT: See if 1a is enough.

A  May 15, 2008.

Q  Thank you. What is your position with CUDA?

A  I'm an underwriter and treasurer.

Q  When you call yourself a treasurer do you mean you are officially an officer of CUDA?

A  I'm not clear on the question.

THE COURT: Are you an officer, or just an employee?

THE WITNESS: I'm an employee.

THE COURT: Alright.

Q  And so why do you call yourself a treasurer? What do those duties entail?

A  I monitor the cash flows of the accounts.

Q  How do you do that?

A  I setup an accounting of them so I know when they are purchased and the payments that are received, the expenses on them.

Q  Okay. How much did CUDA pay for this debt?

MR. MORRIS: Your Honor, I object.

```
1      A  CUDA & Associates.
2      Q  Yes.
3      A  I report to the owners of the company.
4      Q  Who are they?
5           MR. MORRIS:  Your Honor, is this relevant?
6           THE COURT:  I'll allow it.
7      A  Well, I know Mr. Morris is one of the members.
8      Q  Are there others?
9      A  I don't have that information available to me.
10     Q  I looked up on the Secretary of State website
11     and only seen Mr. Morris.  You sure nobody else who
12     owns the company?
13     A  I know there are other owners.  I don't - can't
14     clarify that for you.
15     Q  How does CUDA find its debts to buy?
16     A  We're given portfolios of debts to finalize.
17     Q  You inquire out in the world of debt portfolios
18     and you decide that way?  I'm sort of trying to get
19     and idea.
20          MR. MORRIS:  Your Honor, I'm just going to stop
21     my blanket objections.  I just don't see how this is
22     to whether or not Miss Gavrilis owes money to this
23     credit card, and whether or not CUDA owns it, or
24     whether or not she's paid it.  Feels like she's
25     fishing.
26          THE COURT:  Let her go with a few more
27     questions --
```

```
 1        Q  Again, how does CUDA -
 2           THE COURT: -- it's cross-examination.
 3        Q  How does CUDA find its debts?
 4        A  We are presented portfolios of debt to finalize.
 5        Q  Wait one second. I'm just looking for something
 6     unrelated to the last question. Going to show you a
 7     document. Could you identify that, please?
 8        A  This is a Demand Letter that was sent out to
 9     Miss Gavrilis.
10        Q  Is it - what's the date on that, please?
11        A  May 2, 2008.
12        Q  And who signed it?
13        A  Attorney Ben Morris.
14        Q  So you said it's a Demand Letter that was sent
15     to Miss Gavrilis --
16        A  Yes.
17        Q  -- notifying her you have a debt that she owes?
18        A  It notifies her that CUDA & Associates recently
19     purchased the full right and title to the debt and
20     they are requesting payment.
21        Q  What's the date again? I think this is one of my
22     first question. Did CUDA buy this debt?
23        A  The money was transferred to Unifund CCR
24     Partners on May 15, 2008, but we entered into the
25     contract prior to then.
26        Q  We don't have that contract here, do we? I don't
27     understand how on May 2$^{nd}$ CUDA can send a letter
```